**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01424-CV

**ORIENTAL BUILDING SERVICES, INC., Appellant**

**V.**

**RENE LEDUC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-05687**

## ORDER

Before the Court is appellee's July 16, 2013 unopposed motion for leave to file a brief in excess of the word limit. Appellee filed his brief that exceeds the word limit by 2,952 words on July 16, 2013. We **DENY** appellee's motion. We **DIRECT** the Clerk of this Court to **STRIKE** appellee's brief.

On the Court's own motion, we **ORDER** appellee to file an amended brief, within **TEN DAYS OF THE DATE OF THIS ORDER,** that complies with the word limit set forth in rule 9.4(2)(B) of the rules of appellate procedure. *See* TEX. R. APP. P. 9.4(2)(B).

/s/ CAROLYN WRIGHT
CHIEF JUSTICE